Hon. David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART INC.,<br><br>　　　　　Defendant. | Case No.: 3:23-cv-05063-DGE<br><br>ORDER GRANTING DEFENDANT'S CONSENT MOTION (DKT. NO. 32) TO AMEND ITS FIRST AMENDED AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

BEFORE THE COURT is Defendant Walmart Inc.'s Consent Motion to Amend its First Amended Affirmative Defenses to Plaintiff's First Amended Complaint (Dkt. No. 32). Having reviewed the Motion and proposed amendment, the Court GRANTS the Motion and ORDERS Walmart to file its proposed Second Amended Affirmative Defenses within 14 days.

DATED this 28th day of August 2023.

David G. Estudillo
United States District Judge