The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. and JOHN DOES 1-10,<br><br>Defendants. | NO. 3:23-cv-05063-DGE<br><br>**NOTICE OF ASSOCIATION OF COUNSEL AND APPEARANCE FOR DEFENDANT WALMART INC.** |

TO: THE CLERK OF THE COURT

NOTICE IS HEREBY GIVEN that Ashley M. Langley of Williams, Kastner & Gibbs PLLC hereby appears in the above-entitled case as counsel of record for Defendant Walmart Inc. in association with Eddy Silverman and Rodney L. Umberger, Jr. of Williams, Kastner & Gibbs PLLC, and Sean G. Weiber and Kevin Simpson of Winston & Strawn LLP.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

DATED this 14th day of November, 2023.


s/*Ashley M. Langley*
Ashley M. Langley, WSBA #54032
Eddy Silverman, WSBA #53494
Rodney L. Umberger, Jr., WSBA #24948
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone: (206) 628-6600
Email: esilverman@williamskastner.com
rumberger@williamskastner.com
alangley@williamskastner.com

Attorneys for Defendant Walmart Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants.

s/*Ashley M. Langley*
Ashely M. Langley, WSBA #54032
Attorney for Defendant Walmart Inc.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600