UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN W. BARTON, | CASE NO. 23-5063 DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WALMART INC, JOHN DOE 1-10, | |
| Defendants. | |

The following Minute Order is made by the direction of the Court, United States Judge David G. Estudillo:

This case is reassigned to United States Judge Robert J. Bryan for the purposes of considering Plaintiff's Motion to Reconsider (Dkt. No. 97.)

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 15th day of April, 2024.

MINUTE ORDER - 1

The foregoing Minute Order authorized by the Honorable David G. Estudillo, United States District Judge.

MINUTE ORDER - 2