UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Mr. NATHEN W. BARTON,

Plaintiff - Appellant,

v.

WALMART INC. and JOHN DOE, 1-10,

Defendants - Appellees,

and

SHOUJING ZHOU,

Defendant.

No. 24-2649

D.C. No.
3:23-cv-05063-DGE

Western District of Washington, Tacoma

MANDATE

The judgment of this Court, entered October 22, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the Appellant in the amount of $238.80.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT